McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGA SINGH GILL; AHMED NAGI SAAD; SURINDER JASSAL<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendants. | 1:06-cv-00292 OWW SMS<br><br>**STIPULATION RE: REMAND AND RESPONDENTS' ANSWER AND ORDER** |

    This is an immigration case in which plaintiffs have filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate their naturalization applications and to seek de novo review of those applications. The delay in the agency adjudication of the applications is in the Federal Bureau of Investigations' (FBI) processing of the background name checks. Two of those name checks, for plaintiffs Joga Singh Gill and Surinder Jassal, have since cleared, and the agency is prepared to complete adjudication of the applications by administering the oath of allegiance. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case.

    As to plaintiff Ahmed Nagi Saad, the Federal Bureau of Investigations has not yet completed the name check process. CIS has requested expedited processing; the name checks are expected to

be completed within 45 days. Once the name checks are completed, it is anticipated that this matter may be resolved at the agency level.

Accordingly, the government respectfully requests an extension of time of 45 days in which to file its answer to the complaint as to plaintiff Ahmed Nagi Saad. The parties therefore stipulate that the time for filing the government's answer be extended to June 26, 2006, and that all other proceedings in this matter be suspended until that time.

Dated: May 10, 2006                    Respectfully Submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                By:    /s/Audrey Hemesath
                                       Audrey B. Hemesath
                                       Assistant U.S. Attorney
                                       Attorneys for the Respondents


                                By:    /s/ James Makasian
                                       James M. Makasian
                                       Attorney for the Petitioners


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication as to plaintiffs Joga Singh Gill and Surinder Jassal. IT IS FURTHER ORDERED that the respondent's Answer as to plaintiff Ahmed Nagi Saad is due on June 26, 2006, and that all other proceedings in this matter are suspended until that time.

IT IS SO ORDERED.

**Dated:   May 22, 2006**            /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE