JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

FILED
JUL 0 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGA SINGH GILL; AHMED NAGI SAAD; SURINDER JASSAL aka TABU DOGRA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EDUARDO AGUIRRE, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 1:06-CV-00292-OWW-SMS<br><br>NOTICE OF DISMISSAL BY PLAINTIFF SURINDER JASSAL aka TABU DOGRA<br><br>Rule 41(a)(1)<br><br>CIS No.: A 46515421 |

PLEASE TAKE NOTICE:

That plaintiff SURINDER JASSAL aka TABU DOGRA, is hereby dismissed as a plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 26, 2006

/s/ JAMES M. MAKASIAN
JAMES M. MAKASIAN
Attorney for Plaintiffs

1

It is so ordered.

Dated: 6-30-06

_____
JUDGE OLIVER WAGNER