JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGA SINGH GILL; AHMED NAGI SAAD; SURINDER JASSAL aka TABU DOGRA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EDUARDO AGUIRRE, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 1:06-CV-00292-OWW-SMS<br><br>NOTICE OF DISMISSAL BY PLAINTIFF<br><br>Rule 41(a)(1) |

PLEASE TAKE NOTICE:

The above-entitled action is hereby dismissed by plaintiff, Ahmed Nagi Saad, CIS Number A 701895568, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 5, 2006                    /s/JAMES M. MAKASIAN
                                       JAMES M. MAKASIAN
                                        Attorney for Plaintiffs

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | It is so ordered.
2 |
3 | Dated: __7/14/2006_____                    _/s/ OLIVER W. WANGER_____
                                                   JUDGE OLIVER WAGNER